UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JACOBO REYES ZAMORA,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>          Respondents. | No. 1:26-cv-04681-DJC-JDP<br><br><br>ORDER |

On June 18, 2026, Petitioner filed a Petition for Writ of Habeas Corpus (ECF No. 1) and a Motion for Temporary Restraining Order (ECF No. 2) seeking release from the custody of United States Immigration and Customs Enforcement. Based on the information in the Petition and Motion, the Court informed the Parties that it intended to rule directly on the merits of the Petition and directed Respondents to file an Opposition. (ECF No. 5.) Respondents' Opposition notes that Petitioner received a bond hearing on June 5, 2026, where an Immigration Judge found that Petitioner presented a danger to the community. (ECF No. 6 at 3.) Given Petitioner has received a bond hearing, Petitioner does not presently have a basis for relief as presented. The Petition does mention that Petitioner has appealed this decision, and the Government

1

has also confirmed this to be the case.  But to the extent that Petitioner seeks review of the Immigration Judge's determination, neither the Petition nor the attached Declarations provides any basis for the Court to find that this hearing was legally insufficient.  As such, at this time and with the information presently before the Court, it appears that Petitioner no longer has a valid claim for relief based on the fact that he received a bond hearing.

Accordingly, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.  The Petition is dismissed without prejudice to seeking future habeas relief on any other grounds.  The Clerk of the Court is directed to close this case.  This Order resolves all pending Motions.

IT IS SO ORDERED.

Dated:    **July 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE